IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

**ORIGINAL**

| | | |
|---|---|---|
| IN RE: | * | Civil Action No. JFM-02-4062 |
| | * | Case Nos.: 01-64973-JS (Lead Case)<br>(Chapter 11 – Jointly Administered With) |
| ELIZABETH G. WEESE, | * | |
| Debtor. | * | |
| IN RE: | * | Case No.: 01-64972-JS<br>(Chapter 11 – Jointly Administered) |
| BRIAN D. WEESE, | * | |
| Debtor. | * | |

FILED ___ ENTERED
___ LODGED ___ RECEIVED

DEC 16 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

### ORDER GRANTING
### ALLFIRST BANK'S MOTION FOR STAY PENDING APPEAL

Upon consideration of the Allfirst Bank's Motion for Stay Pending Appeal (the "Motion"), any opposition to the Motion, and this Court having found good and sufficient cause to grant the relief sought in the Motion; it is this 16th day of December, 2002, by the United States District Court for the District of Maryland, hereby

ORDERED, that the Motion is GRANTED to the extent set forth herein; and it is further

ORDERED, that the Order granting the Trustee's Expedited Motion To Approve Compromise And Settlement Under Fed. R. Bankr. P. 9019 Of (A) Trustee's Complaint For (1) Declaratory Judgment That Trust Assets Constitute Property Of The Estate, (2) To Set Aside Resignation Of Elizabeth Weese As Trust Protector As A Fraudulent Conveyance, And (3) For



Other Relief And (B) Other Related Matters is STAYED through and including Monday, December 23, 2002 unless otherwise ordered by this Court; and it is further

ORDERED, that no bond is required.

_____
Judge, United States District Court

cc:   Paul Trinkoff, Esquire
      Miles & Stockbridge P.C.
      10 Light Street
      Baltimore, Maryland 21202

(Mr. Trinkoff is instructed to serve all appropriate parties by facsimile).