IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | Civil Action No. JFM-02-4062 |
| ELIZABETH G. WEESE, | * | |
| Debtor. | * | Case Nos.: 01-64973-JS (Lead Case) (Chapter 11 – Jointly Administered With) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| IN RE: | * | Case No.: 01-64972-JS (Chapter 11 – Jointly Administered) |
| BRIAN D. WEESE, | * | |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

Upon consideration of the Motion to Appear *Pro Hac Vice* (the "Motion") of Matthew G. Summers, Allfirst Bank and Morton R. Branzburg; and it appearing that cause exists to grant the relief requested in the Motion, it is this _20th_ day of _Dec._, in the United States District Court for the District of Maryland, hereby

**ORDERED,** that the Motion is GRANTED; and it is further

**ORDERED,** that Morton R. Branzburg be and hereby is admitted specially for the limited purpose of appearing and participating in the above styled case as co-counsel for Allfirst Bank.

[cc's on next page]

_____
UNITED STATES DISTRICT COURT JUDGE
FOR THE DISTRICT OF MARYLAND

cc:      Paul D. Trinkoff
Miles & Stockbridge P.C.
10 Light Street
Baltimore, MD 21202

Morton R. Branzburg
Klehr, Harrison, Harvey, Branzburg & Ellers
260 South Broad Street
Philadelphia, Pennsylvania 19102

Irving E. Walker, Esq.
Saul Ewing LLP
100 South Charles Street
Baltimore, Maryland 21201

Michael G. Gallerizzo, Esq.
Gebhardt & Smith LLP
World Trade Center
401 E. Pratt Street, Ninth Floor
Baltimore, Maryland 21202

Alan Grochal, Esq.
Tydings & Rosenberg LLP
100 East Pratt Street
Baltimore, Maryland 21202