IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                *
                                      *
ELIZABETH G. WEESE                    *        CIVIL NO. JFM-02-4062
                                      *
and                                   *
                                      *
BRIAN D. WEESE                        *
                                   *****

ORDER

For the reasons stated on the record today, it is, this 23rd day of December 2002

ORDERED that Allfirst Bank's motion for stay pending appeal is granted.

/s/ J. Frederick Motz
J. Frederick Motz
United States District Judge