FILED
U.S. DISTRICT COURT
MARYLAND

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

2003 FEB 24  P 3: 36

DEPUTY

| | | |
|---|---|---|
| In re: | * | |
| | | Case No.: 01-64973-JS (Lead Case) |
| ELIZABETH G. WEESE, | * | (Chapter 11- Jointly Administered |
| | | With) |
| Debtor. | | |
| *   *   *   *   *   *   *   * | * *   *   *   *   * | |
| In re: | * | |
| | | |
| BRIAN D. WEESE, | * | Case No.: 01-64972-JS |
| | | (Chapter 11- Jointly Administered) |
| Debtor. | * | |
| *   *   *   *   *   *   *   * | * *   *   *   *   * | |
| ALLFIRST BANK, | * | |
| | | Civil No. JFM-02-4062 |
| Appellant, | * | |
| v. | * | |
| IRVING E. WALKER, | * | |
| TRUSTEE FOR THE BANKRUPTCY ESTATES | | |
| OF ELIZABETH G. WEESE AND | * | |
| BRIAN D. WEESE, | | |
| Appellee. | * | |
| *   *   *   *   *   *   *   * | * *   *   *   *   * | |

### STIPULATION AND ORDER DISMISSING APPEAL

Appellant, Allfirst Bank ("Allfirst"), and Appellee, Irving E. Walker,

Chapter 11 Trustee for the Bankruptcy Estates of Elizabeth G. Weese and Brian D. Weese (the

"Trustee"), by their respective undersigned counsel, hereby stipulate and agree as follows:

1.    On December 13, 2002, the United States Bankruptcy Court for the

District of Maryland (the "Bankruptcy Court") entered an Order which granted the Trustee's

Motion to Approve a Settlement Agreement among the Trustee, Debtors Elizabeth and Brian

Weese (the "Weeses"), and Alex Grass (the "Settlement Agreement") relating to a complaint

pending in the Bankruptcy Court against the Weeses, among others, and certain other related

matters (the "Approval Order"), and overruled the Objection thereto of Allfirst.

2.    On December 16, 2002, Allfirst filed a Notice of Appeal from the

Approval Order (the "Appeal"), assigned Civil No. JFM-02-4062, and Motions to Stay the

Approval Order Pending Appeal in the Bankruptcy Court and in the United States District

Court, which were opposed by the Trustee.

3.    Following briefing and hearing, the District Court entered an Order

Granting Motion to Stay Pending Appeal on December 24, 2002 (the "Stay Order").

4.    Entry of the Stay Order prevented the parties from consummating the

Settlement Agreement by December 31, 2002, as required by the express terms of the

Settlement Agreement.  The Settlement Agreement, therefore, was terminated by the parties.

The Appeal, consequently, was rendered moot.

5.    The parties agree that the Appeal, having been rendered moot by the

effect of the Stay Order, should be dismissed and resolved through this Stipulation and Order

Dismissing the Appeal.

IT IS, THEREFORE, this _24th_ day of _July_____, 2003, by the

United States District Court for the District of Maryland,

ORDERED, that the foregoing Stipulation is APPROVED and the Appeal of the

Approval Order is hereby DISMISSED as moot.

_____
United States District Court Judge

[SIGNATURES CONTINUED]

[SIGNATURES CONTINUED]


Stipulated and Agreed to this
_____ day of _____ , 2003:


_____
Paul D. Trinkoff (Federal Bar No. 01068)
Matthew G. Summers (Federal Bar No. 26572)
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, Maryland 21202


        - and -


Morton R. Branzburg, Esquire
Andrew O. Schiff, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 S. Broad Street
Philadelphia, Pennsylvania  19102-5003

Attorneys for Allfirst Bank




_____
Joyce A. Kuhns (Federal Bar No. 03979)
Irving E. Walker (Federal Bar No. 00179)
Matthew G. Dobson (Federal Bar No. 01069)
Saul Ewing LLP
100 South Charles Street, 15th Floor
Baltimore, Maryland  21201
(410) 332-8600

Attorneys for Irving E. Walker, Trustee of the
Bankruptcy Estates of Elizabeth G. Weese and
Brian D. Weese


(cc's continued)


754610 1 2/20/03

(cc's continued)


cc:     Joyce A. Kuhns, Esquire
        Irving E. Walker, Esquire
        Matthew G. Dobson, Esquire
        Saul Ewing LLP
        100 South Charles Street
        Baltimore, Maryland  21201

        Paul D. Trinkoff, Esquire
        Matthew G. Summers, Esquire
        Miles & Stockbridge, P.C.
        10 Light Street
        Baltimore, Maryland 21202

        Morton R. Branzburg, Esquire
        Andrew O. Schiff, Esquire
        Klehr, Harrison, Harvey, Branzburg & Ellers LLP
        260 S. Broad Street
        Philadelphia, Pennsylvania  19102-5003

        Michael G. Gallerizzo, Esquire
        Gebhardt & Smith LLP
        401 East Pratt Street, 9th Floor
        Baltimore, Maryland 21202